**Messay Alem ADDIS, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 03–1390.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 29, 2003.

Decided Oct. 17, 2003.

Oti W. Nwosu, Arthur D. Wright, III, The Wright Law Network, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, Emily Anne Radford, Assistant Director, Aviva L. Poczter, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM:

Messay Alem Addis, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals. The order denied his motion to reconsider the Board's denial of his motion to reopen his deportation proceedings before the immigration judge whose previous denial of Addis's applications for asylum and withholding of removal the Board affirmed. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Addis's motion to reconsider. *See* 8 C.F.R. § 1003.2(a) (2003). Accordingly, we deny the petition for review on the reasoning of the Board. *See In re: Addis,* No. A29–697–658 (B.I.A. Mar. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*